**John G. Forbes**
**Attorney at Law**
**P.O. Box 441713**
**Indianapolis, IN 46244**
**Phone (317) 631-3100**
**Facsimile (317) 631-3300**

October 27, 2017

Greenfield City Council
Gary A. McDaniel, President Pro-Tem
Greenfield City Hall
10 South State Street, Rm 111
Greenfield, IN 46140

Mayor Chuck Fewell
Greenfield City Hall
10 South State Street, Rm 111
Greenfield, IN 46140

Chief of Police, Jeffrey Rasche
Greenfield Police Department
116 South State Street
Greenfield, IN 46140

Police Officer Dillon Silver
Greenfield Police Department
116 South State Street
Greenfield, IN 46140

Police Sgt. Rodney Vawter
Greenfield Police Department
116 South State Street
Greenfield, IN 46140

Hancock County Commissioners
111 S. American Legion Place, Ste. 219
Greenfield, IN 46140

Mr. Ray Richardson
Hancock County Attorney
1510 Sherwood Drive
Greenfield, IN 46140

### CIVIL NOTICE OF TORT CLAIMS AND CIVIL RIGHTS VIOLATIONS

Re:   Violation of Civil Rights and Statutory Duties
      Victim: Douglas Almond Wiggington, Age 48 at time of his death
      Date of Death:  May 12, 2017

Dear Representatives:

It is my intention that this correspondence will serve as a Notice of Tort Claims And Civil Rights Violations against the City of Greenfield and Hancock County, State of Indiana.  This Notice is filed on behalf of Douglas Almond Wiggington, Deceased.  I am the attorney for Mr. Wiggington's Estate.

The principal officials involved are Greenfield Police Chief Jeffrey Rasche, Greenfield Police Sgt. Rodney Vawter and Greenfield Police Officer Dillon Silver.  Chief Rasche, in his capacity as the person responsible for administration of the Greenfield Police Department, Sgt. Vawter and Officer Silver in their capacity as persons responsible for law enforcement in the jurisdiction of the City of Greenfield.  The injuries and damages to Mr. Wiggington took place when he was shot with a Taser weapon on May 12, 2017.

As to the Notice, under I.C. 34-13-3-8 and 34-13-3-10 and USCA Section 1983, please consider the following facts upon which the claims are based:

**Person Making the Claim and Residence of said Person at time of the Loss and Filing of Notice**:

Decedent's name is Douglas Almond Wiggington. Mr. Wiggington was born on December 17, 1968 and was 48 at the time of his death.  At the time of the incident and at the present time, Claimant's permanent address was at 10871 North Division Road, Fountaintown, Indiana 46130.  The Estate of Douglas Almond Wiggington will be administered through the Shelby County Circuit Court with Brittany Renee Raftery and Taylor Wiggington as Personal Representatives.

**Circumstances Which Brought About The Loss**:

Under the Constitution and laws of the United States of America, a prisoner shall be treated with respect and care so as to not be harmed.  He shall not be subject to cruel and unusual punishment.  The use of a Taser weapon by untrained persons violates those standards.

**Extent of the Loss**:

Mr. Douglas Almond Wiggington was fatally injured by the use of a Taser weapon.  Mr. Wiggington's family lost his support, love and affection.

**Time and Place the Loss Occurred**:

On May 12, 2017, the principal misconduct and harm occurred in Greenfield, Indiana 46140.

2

**Names of Persons Involved, Victims and Witnesses**:

1. Mr. Douglas Almond Wiggington, *Victim*

2. Ms. Brittany Renee Raftery, Estate Personal Representative

3. Ms. Taylor Wiggington, Estate Personal Representative

3. All of the law enforcement officers who were involved.

There are other witnesses who have material information but who are not identified at this time. For example, there were persons from the Greenfield Police Department who have such information, 911 calls and other dispatches.

**The Amount of Damages Sought**:

The Estate of Douglas Almond Wiggington respectfully submits that the damages for his injuries exceed the available statutory limit for claims against political subdivisions of the State of Indiana. Thus, at a minimum, the statutory limit for damages is sought. Damages for the violation of civil rights will exceed those limits.

**Person Making the Claim and Residence of said Person at time of the Loss and Filing of Notice**:

Brittany Renee Raftery and Taylor Wiggington, Personal Representatives of the Estate of Douglas Almond Wiggington, make this claim. At the time of the incident, Mr. Wiggington's permanent address was 10871 North Division Road, Fountaintown, Indiana 46130.

The attorney who will be representing the Estate of Douglas Almond Wiggington and preparing this Notice is John G. Forbes, P.O. Box 441713, Indianapolis, IN 46244.

Thank you for your prompt consideration and reply concerning this Notice of Tort Claims and statement of civil rights violation.

Very truly yours,

/s/ John G. Forbes
JOHN G. FORBES, Attorney No. 6915-49

**EXHIBIT A**