UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF DOUGLAS ALMOND WIGGINGTON, Through its Personal Representatives, Brittany Renee Raftery and Taylor Eve Wiggington, | ) ) ) ) |
| Plaintiffs, | ) CASE NO. 1:18-cv-1138 ) ) |
| vs. | ) ) |
| POLICE OFFICER DILLON SILVER, in his capacity as an Officer of the Greenfield Police Department and Deputy Sheriff for Hancock County, Indiana; POLICE SGT. RODNEY VAWTER, in his capacity as an Officer of the Greenfield Police Department and Deputy Sheriff for Hancock County, Indiana; CITY OF GREENFIELD, INDIANA, by its Mayor, CHARLES FEWELL, in its capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; GREENFIELD CITY COUNCIL by its President Pro-Tem GARY A. MCDANIEL, in its capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; CHIEF OF POLICE, JEFFREY RASCHE, in his capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; HANCOCK COUNTY COMMISSIONERS, in their capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; and AXON ENTERPRISE, INC. f/k/a TASER INTERNATIONAL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PRELIMINARY WITNESS AND EXHIBIT LIST OF DEFENDANTS, OFFICER DILLON SILVER, SERGEANT RODNEY VAWTER, CITY OF GREENFIELD, INDIANA, GREENFIELD CITY COUNSEL, AND CHIEF OF POLICE JEFFREY RASCHE**

## PRELIMINARY WITNESS LIST

1. Officer Dillon Silver
City of Greenfield Police Department
116 South State Street, Greenfield, Indiana 46140
(317) 477-4410

2. Sgt. Rodney Vawter
City of Greenfield Police Department
116 South State Street, Greenfield, Indiana 46140
(317) 477-4410

3. Chief Jeffrey Rasche
City of Greenfield Police Department
116 South State Street, Greenfield, Indiana 46140
(317) 477-4410

4. Sgt. Jeff Coffey
Indiana State Police

5. Detective Josh Graves
Indiana State Police

6. Sgt. Kris Martin
Indiana State Police

7. Sgt. Amy Gaul
Indiana State Police

8. Michelle Gilaspy
1414 Bowman Drive, Greenfield, IN 46140
(317) 435-2539

9. Guillermo Garcia
1182 Redwood Drive, Greenfield, IN 46140
(317) 714-5883

10. James Fornoff
1191 Bumble Bee Way, Greenfield, IN 46140
(765) 215-7874

11. Georgia Fornoff
1191 Bumble Bee Way, Greenfield, IN 46140
(765) 215-7874

12. Robert Murray

13. James Crafton
    1014 County Line Road, Batesville, IN 47006
    (513) 314-0022

14. Jessie Crafton
    1014 County Line Road, Batesville, IN 47006
    (513) 314-0022

15. Leigh Barrett
    202 Chapman Overlook, Greenfield, IN 46140
    (317) 467-0923

16. Thomas Sozio, D.O.
    Forensic Pathologist

17. Dr. Sheila Arnold
    Forensic Toxicologist

18. David Colburn
    8842 West Dorsey Court, Knightstown, IN 46148
    (317) 432-2397

19. Brittany Raftery
    4885 West Woodcrest, New Palestine, IN 46163
    (317) 999-5438

20. Taylor Wiggington
    1623 Wilford Lane, Indianapolis, IN 46229
    (317) 457-7075

21. Dan Devoy, M.D.
    Chief Deputy Coroner
    27 American Legion Place, Greenwood, IN 46140

22. Gary Stephenson
    Greenfield Fire Department

23. Zachary Griffey
    Greenfield Fire Department

24. Any witnesses identified in Plaintiff's Preliminary Witness List, the preliminary witness list of Co-Defendant, Axon Enterprise, Inc., or in the initial disclosures of any party.

25. Any witnesses identified by Plaintiff in any answers to interrogatories or responses to request for production.

26. Any witnesses necessary for purposes of authenticating documents for admission at trial.

## PRELIMINARY EXHIBIT LIST

1. Photographs of the scene.
2. Autopsy photographs.
3. Photographs of the vehicle and its contents.
4. Greenfield Police Department Use of Force Policy.
5. Revised Death Certificate.
6. Death certificate.
7. Autopsy report.
8. Toxicology report.
9. Greenfield Police Department Death Investigation Report (22 pages).
10. Greenfield Police Department Death Investigation Report (4 pages).
11. Hancock County 911 Center Call Report.
12. Hancock County Emergency Operations Center Call Report.
13. CAD Detail Incident No. 2017-00040951.
14. CAD Detail Incident No. 2017-00040942.
15. Greenfield Fire Department Run Report (3 pages).
16. Crime Scene Entry Log.
17. Indiana State Police Incident Summary (27 pages).
18. ISP Incident Summary (5 pages).
19. Hancock Regional Hospital Records (12 pages).
20. Taser Evidence Sync.
21. Disc containing audiotapes of the law enforcement, dispatch, and fire department calls.
22. Disc containing cell phone video taken by Robert Murray.
23. Disc containing dash cam videos of Sgt. Vawter and Officer Silver.
24. Statements taken of witnesses Michelle Gilapsy, Guillermo Garcia, James Fornoff, Georgia Fornoff, James Crafton, Jessie Crafton, and Robert Murray.
25. Any exhibits produced by Plaintiff or Axon Enterprises, Inc. in their initial disclosures.
26. Any exhibits produced by Plaintiff or Axon Enterprises, Inc. in response to any request for production of documents.

27. Any document referred to or marked during the deposition of any witness.
28. Any document obtained pursuant to any non-party requests issued to a non-party.

       */s/ Ronald A. Mingus*
Ronald A. Mingus (31144-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
T: 317-853-7366
F: 317-228-0943
*Attorneys for Defendants, Officer Dillon Silver, Serg. Rodney Vawter, City of Greenfield, Indiana, Greenfield City Counsel, and Chief of Police Jeffrey Rasche*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document has been filed electronically this 27th day of August, 2018 via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System to:

John G. Forbes
Attorney at Law
P.O. Box 441713
Indianapolis, IN 46244
Jforbeslaw@yahoo.com
*Counsel for Plaintiff, Estate of Douglas Almond Wiggington, through Personal Representatives Brittany Renee Raftery and Taylor Eve Wiggington*

Henry Y. Dein
748 East Bates Street
Room 105
Indianapolis, IN 46202
bethburks@sbcglobal.net
*Counsel for Plaintiff, Estate of Douglas Almond Wiggington, through Personal Representatives Brittany Renee Raftery and Taylor Eve Wiggington*

Justine Lynn Farris
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
Justine.Farris@btlaw.com
jmaley@btlaw.com
*Counsel for Defendant,
Axon Enterprise, Inc.*

Pamela Peterson
Amy L. Nguyen
Axon Enterprises, Inc.
17800 North 85th Street
Scottsdale, AZ 85255
*Counsel for Defendant,
Axon Enterprise, Inc.*

            */s/ Ronald A. Mingus*
            Ronald A. Mingus (Atty No. 31144-49)
            REMINGER CO., L.P.A.