UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Case No.: 1:18-cv-1138-JMS-DML**

| | |
|---|---|
| ESTATE OF DOUGLAS ALMOND WIGGINGTON, Through its Personal Representatives, Brittany Renee Raftery and Taylor Eve Wiggington, | ) ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) |
| POLICE OFFICER DILLON SILVER, in his capacity as an Officer of the Greenfield Police Department and Deputy Sheriff for Hancock County, Indiana; POLICE SGT. RODNEY VAWTER, in his capacity as an Officer of the Greenfield Police Department and Deputy Sheriff for Hancock County, Indiana; CITY OF GREENFIELD, INDIANA, by its Mayor, CHARLES FEWELL, in its capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; GREENFIELD CITY COUNCIL by its President Pro-Tem GARY A. MCDANIEL, in its capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; CHIEF OF POLICE, JEFFREY RASCHE, in his capacity as being a supervisory and authorizing authority over the Greenfield Police Department, Greenfield, Indiana; AND AXON ENTERPRISE, INC., f/k/a TASER INTERNATIONAL, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF, ESTATE OF DOUGLAS ALMOND WIGGINGTON'S, PRELIMINARY EXHIBIT LIST**

COMES NOW the Plaintiff, the Estate of Douglas Almond Wiggington, through its Personal Representatives, Brittany Renee Raftery and Taylor Eve Wiggington, by counsel, John G. Forbes and Henry Y. Dein, and files the following Preliminary Exhibit List:

1

1. Records from Hancock Memorial Hospital concerning treatment of Decedent.

2. Toxicology Report issued by NMS Labs, Willow Grove, PA.

3. Autopsy Report issued by Central Indiana Forensic Associates, LLC, Fishers, IN.

4. Plaintiff references any and all documents produced or to be produced by Defendant.

5. Discovery continues and subsequent relevant documents may be produced by Plaintiff, Defendant, or both.

6. Plaintiff requests copies of any and all relevant documents or medical records Defendant has in its possession or has obtained by subpoena/authorization/voluntary production.

7. All incident reports relating to the death of Decedent.

8. The relevant, non-privileged portions of LLC policies, procedures or protocols regarding the use of Taser products.

9. Any statement taken, written or orally, from any Defendant.

10. Any statement taken, written or orally, from any person who witnessed the incident.

11. Any document identified or produced through the exchange of discovery;

12. All depositions and exhibits attached to any depositions in this case;

13. All correspondence relating to the incident;

14. All photographs or videos of the scene of the incident;

15. All pleadings, motions or other documents, including any attachments and exhibits, filed with the Court in the above-captioned matter;

16. Discovery responses submitted by the parties or non-parties;

17. Plaintiff's expert reports;

18. Reports prepared by any defense expert;

19. Any exhibit listed on the Preliminary or Final Exhibit Lists, including any supplements or amendment thereto, of any party to this action;

20. Any exhibit identified in any of the responses to interrogatories, requests for admissions, requests for production of documents, and depositions in this case;

21. All documents identified by the Defendants in their Rule 26 Initial Disclosures;

22. All exhibits needed for impeachment or rebuttal.

WHEREFORE, Plaintiff, the Estate of Douglas Almond Wiggington, through its Personal Representatives, Brittany Renee Raftery and Taylor Eve Wiggington, by counsel, John G. Forbes and Henry Y. Dein, reserves the right to supplement this exhibit list as discovery continues.

Dated: October 12, 2018

                                                Respectfully submitted,

                                            /s/ John G. Forbes
                                        JOHN G. FORBES, Attorney No. 6915-49

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the follow parties, either by electronic transmission or by U.S. Mail, this 12th day of October, 2018:

| | |
|---|---|
| Justine Lynn Farris<br>John R. Maley<br>Barnes & Thornburg, LLP<br>Justine.Farris@btlaw.com<br>jmaley@btlaw.com | Pamela Peterson<br>Amy L. Nguyen<br>Axon Enterprises, Inc.<br>17800 North 85th Street<br>Scottsdale, AZ 85255 |
| Ronald A. Mingus<br>Reminger Co., LPA<br>8909 Purdue Road, Ste. 200<br>Indianapolis, IN 46268<br>mingus@reminger.com | John G. Forbes<br>Attorney at Law<br>jforbeslaw@yahoo.com |
| | Henry Y. Dein<br>Attorney at Law<br>bethburks@sbcglobal.net |

                                            /s/ John G. Forbes
                                        JOHN G. FORBES, Attorney No. 6915-49
                                        *P.O. Box 441713, Indianapolis, IN 46244*
                                        *Phone: 317-631-3100/Facsimile: 317-631-3300*