UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF DOUGLAS ALMOND WIGGINGTON, Through its Personal Representatives, Brittany Renee Raftery and Taylor Eve Wiggington, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> POLICE OFFICER DILLON SILVER, et al., <br><br>　　　　　Defendants. | Cause No. 1:18-cv-1138 JMS-DML |

## MOTION FOR DISMISSAL PURSUANT TO RULE 41(b) OF DEFENDANTS, POLICE OFFICER DILLON SILVER, POLICY SERGEANT RODNEY VAWTER, CITY OF GREENFIELD, GREENFIELD CITY COUNCIL, AND CHIEF OF POLICE JEFFREY RASCHE

Defendants Officer Dillon Silver, Sergeant Rodney Vawter, City of Greenfield, Indiana, Greenfield City Council and Chief Jeffrey Rasche respectfully join in the Motion for Dismissal filed by Defendant Axon Enterprise, Inc. on November 30, 2018. These Defendants further add to the Motion to Dismiss of Defendant Axon Enterprise, Inc. with the following additional pertinent facts:

　　1.　　The City of Greenfield Defendants served Plaintiff with Interrogatories and Request for Production of Documents on June 22, 2018. To date, despite multiple requests, Plaintiff has not provided responses to any of these discovery requests. There have been multiple requests, both by email and in telephone conversations, requesting discovery responses. Plaintiff's responses are now approximately 4 ½ months past due.

　　2.　　The City of Greenfield Defendants made a request via email for discovery responses on September 23, 2018. (Exhibit A). On October 2, 2018, during a telephonic Pre-

Trial Conference, the City of Greenfield Defendants reiterated their request for discovery responses. In a letter dated October 8, 2018, the City of Greenfield Defendants requested discovery responses by no later than October 17, 2018. (Exhibit B). Follow-up requests for discovery responses were further made in emails from both the City of Greenfield Defendants and Defendant Axon on October 16, 2018. (Exhibit C). A further request for discovery responses and depositions was made via email on November 8, 2018. (Exhibit D). There has been no response from Plaintiffs since the last email dated November 8, 2018.

3. This Court had ordered Plaintiff to submit a Statement of Special Damages and a settlement demand by September 13, 2018. To date, Plaintiff has not complied with that request.

4. On October 15, 2018, the undersigned counsel spoke with Plaintiff's counsel, John Forbes, regarding certain deficiencies with Plaintiffs' initial disclosures; to request the documents referenced in the initial disclosures; and to request discovery responses. Mr. Forbes promised to provide discovery responses and that he would have his assistant assemble the requested documents to produce to the Defendants. To date, those documents have not been provided.

5. Plaintiff has essentially taken no action to prosecute this case, and has not complied with any of the Defendants' discovery requests since this lawsuit was filed almost eight months ago on April 13, 2018.

For the reasons expressed by Defendant Axon Enterprise, Inc., Defendants respectfully request an order dismissing Plaintiff's claims against Defendants Officer Dillon Silver, Sergeant Rodney Vawter, City of Greenfield, Indiana, Greenfield City Council and Chief Jeffrey Rasche with prejudice pursuant to Rule 41(b).

Respectfully submitted,

   */s/ Ronald A. Mingus*
Ronald A. Mingus (31144-49)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
T: 317-853-7366
F: 317-228-0943
*Attorneys for Defendants, Officer Dillon Silver, Serg. Rodney Vawter, City of Greenfield, Indiana, Greenfield City Council, and Chief of Police Jeffrey Rasche*

**CERTIFICATE OF SERVICE**

        I hereby certify that the foregoing document has been filed electronically this   11th   day of December, 2018 via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System to:

| | |
|---|---|
| John G. Forbes<br>Attorney at Law<br>P.O. Box 441713<br>Indianapolis, IN 46244<br>Jforbeslaw@yahoo.com<br>*Counsel for Plaintiff, Estate of Douglas Almond Wiggington, through Personal Representatives Brittany Renee Raftery and Taylor Eve Wiggington* | Pamela Peterson<br>Amy L. Nguyen<br>Axon Enterprises, Inc.<br>17800 North 85th Street<br>Scottsdale, AZ 85255<br>*Counsel for Defendant,*<br>*Axon Enterprise, Inc.* |

Justine Lynn Farris
John R. Maley
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
Justine.Farris@btlaw.com
jmaley@btlaw.com
*Counsel for Defendant,*
*Axon Enterprise, Inc.*

                                              */s/ Ronald A. Mingus*
                                            Ronald A. Mingus (Atty No. 31144-49)
                                            REMINGER CO., L.P.A.