UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF DOUGLAS ALMOND WIGGINGTON, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:18-cv-01138-JMS-DML ) |
| POLICE OFFICER DILLON SILVER, *et al.* | ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff, and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE**.

Date: 3/12/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record.**